JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5607RBL |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ALBERTO SANTACRUZ-HERNANDEZ, | |
| Defendant. | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE – 1

IT IS HEREBY ORDERED that the time to file an indictment be continued to November 17, 2008. The period of delay resulting from this continuance from September 18, 2008, to November 17, 2008, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 27th day of August, 2008.

*/s/ Ronald B. Leighton*
(As authorized by telephonic communication)
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Linda R. Sullivan*
Attorney for Defendant


*/s/ Mike Dion*
Mike Dion
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE  – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**